Dennis L. Althouse, Bar No. 156493
Marci L. Barrett, Bar No. 145149
SCHIMLEY | ALTHOUSE LLP
600 South Lake Avenue, Suite 305
Pasadena, California 91106
Tel:   626.262.4400
Fax:   626.244.2632

Attorneys for Plaintiff INTERSTATE REALTY MANAGEMENT COMPANY VOLUNTARY EMPLOYEE BENEFIT PLAN, an ERISA Qualified, Self-Funded Health Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE REALTY MANAGEMENT COMPANY VOLUNTARY EMPLOYEE BENEFIT PLAN, an ERISA Qualified, Self-Funded Health Plan,<br><br>Plaintiff,<br><br>vs.<br><br>SHELLY WOOD, an Individual,<br><br>Defendants. | Docket No.: 2:18-cv-03038 -MCE-CKD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement execute by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims state herein against all parties, with each party to bear its own attorney's fees and costs.

///

///

///

///

IT IS SO STIPULATED.

Dated: August 25, 2020                LAW OFFICE OF ALAN M. LASKIN


By: /s/ Alan M. Laskin
(*as authorized on August 25, 2020*)
ALAN M. LASKIN
Attorneys for Defendant Shelly Wood


Dated: August 25, 2020                SCHIMLEY | ALTHOUSE LLP


By: /s/ Dennis L. Althouse
DENNIS L. ALTHOUSE
MARCI L. BARRETT
Attorneys for Plaintiff INTERSTATE REALTY MANAGEMENT COMPANY VOLUNTARY EMPLOYEE BENEFIT PLAN, an ERISA Qualified, Self-Funded Health Plan

## ORDER

Given the foregoing stipulation of the parties, and good cause appearing, the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: August 31, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE